UNITED STATES DISTRICT COURT

Northern District of California

PAUL E ROSENFELD,

    Plaintiff,

 v.

JP MORGAN CHASE BANK, et al.,

    Defendants.
_____/

No. C 09-06070 MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a case management conference on April 8, 2010. However, as there is a pending motion to dismiss, (Dkt. #3), the Court finds a cmc unnecessary at this time and hereby VACATES the April 8, 2010 Case Management Conference. The Court shall reschedule the cmc, if necessary, after ruling upon Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 5, 2010

                _____
                Maria-Elena James
                Chief United States Magistrate Judge