UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PAUL E ROSENFELD<br><br>               Plaintiff(s),<br>   v.<br>JP MORGAN CHASE BANK<br><br>              Defendant(s).<br>_____/ | No. C 09-6070 MEJ<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On April 29, 2010, Defendants electronically filed a motion to dismiss. (Dkt. ##10-11.) However, Defendants have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

     **IT IS SO ORDERED.**

Dated: May 4, 2010

                                                                                  _____<br>
                                                                                  Maria-Elena James<br>
                                                                                   Chief United States Magistrate Judge