# UNITED STATES DISTRICT COURT
## Northern District of California

PAUL E. ROSENFELD,

        Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A., *et al.*,

        Defendants.

_____/

No. C 09-6070 MEJ

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On September 8, 2010, Plaintiff filed a Second Amended Complaint, with a sole cause of action against CMF for Breach of Fiduciary Duty. (Dkt. #20.) Where all federal claims have been dismissed, the district court may decline to exercise supplemental jurisdiction over the remaining state law claims. 28 U.S.C. § 1367(c)(3). Accordingly, the Court declines to exercise jurisdiction over Plaintiff's state law claim, and his cause of action is dismissed without prejudice to re-filing in state court. Any such filing shall be deemed filed as of the date of his original complaint in this matter.

**IT IS SO ORDERED.**

Dated: December 3, 2010

                                                  _____

                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge